David DeGERALD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61169.

Missouri Court of Appeals,
Western District.

March 11, 2003.

Andrew Allen Schroeder, Assistant State Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Asst. Attorney General, Jefferson City, for respondent.

Before RONALD R. HOLLIGER, P.J., PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.

### ORDER

PER CURIAM.

David DeGerald appeals the denial, without an evidentiary hearing, of his Rule 24.035 post-conviction motion.

We affirm the judgment. Rule 84.16(b).